JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-0038RSM |
| Plaintiff, | ) ) ) | ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE AND |
| vs. | ) ) | PRETRIAL MOTIONS DEADLINE |
| MATTHEW DEHAGI, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, the Court hereby makes the following findings:

1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.  The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

(PROPOSED) ORDER ON STIPULATED MOTION
TO CONTINUE TRIAL DATE AND PTM DEADLINE
(Matthew Dehagi; CR06-0038RSM)    1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the trial date in this matter is continued to May 8, 2006.

IT IS FURTHER ORDERED the period of time from the current trial date of April 10, 2006, up to and including the new trial date of May 8, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS FURTHER ORDERED that pretrial motions are due no later than March 31, 2006.

DONE this 1st day of March, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/   Jennifer E. Wellman
WSBA  # 29193
Attorney for Matthew Dehagi
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
(206) 553-1100
Fax No.: (206) 553-0120
Jennifer_Wellman@fd.org


s/   Lisca Borichewski
Assistant United States Attorney
*Telephonic Approval*

(PROPOSED) ORDER ON STIPULATED MOTION
TO CONTINUE TRIAL DATE AND PTM DEADLINE
(Matthew Dehagi; CR06-0038RSM)

2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**